# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Georgetown County, Petitioner,

v.

Davis & Floyd, Inc., Republic Contracting Corporation, S&ME, Inc., the South Carolina Department of Transportation and the City of Georgetown, Defendants,

Of whom the South Carolina Department of Transportation and the City of Georgetown are the Respondents.

Appellate Case No. 2019-000705

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Georgetown County
Larry B. Hyman Jr., Circuit Court Judge

---

Opinion No. 27976
Heard May 21, 2020 – Filed June 3, 2020

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Louis H. Lang, Richard C. Detwiler, and Harry A. Dixon, of Callison Tighe & Robinson, LLC, all of Columbia, for Petitioner.

David Leon Morrison, of Morrison Law Firm, LLC, of Columbia, for the City of Georgetown; Lisa A. Reynolds, of Anderson Reynolds & Stephens, LLC, of Charleston, for the South Carolina Department of Transportation.

---

**PER CURIAM:** We granted Georgetown County's petition for a writ of certiorari to review the court of appeals' decision in *Georgetown County v. Davis & Floyd, Inc.*, 426 S.C. 52, 824 S.E.2d 471 (Ct. App. 2019). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**